## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **2/29/12**   Time: 2:00-3:10   Docket #: **CR10-166 (CBA)**

Defendant: Joseph Caponegro Sr   ATTORNEY: Gerald M. Saluti

Court Reporter/ESR: Anthony Frisolone   AUSA: **Taryn Merkl/Jacquelyn Kasulio**

Probation Officer: Sindee Haasnott   Interpreter:

Pretrial Officer:   Deputy Clerk: **Vivan Klein**

---

✓ Case Called

___ Sentencing adjourned to

✓ Sentencing held

✓ Statements of defendant and counsel heard

✓ Defendant sentenced on counts __1__ of the (Superseding) Indictment/Information

___ Remaining open counts dismissed:

___ on Court's motion   ___ on Government's motion

✓ Court advised defendant of right to appeal

___ Clerk to file Notice of Appeal in forma pauperis for defendant

___ Defendant remanded   ___ Defendant to remain on bail pending determination of appeal

### FULL TEXT OF SENTENCE
Court accepts the Waiver of Indictment and the guilty plea entered before Mag. Go. The defendant is sentenced to 14 months to the Custody of the Bureau of Prison; 3 yrs. SR A special assessment of $100.00. A fine of $20,000.00. Deft is to surrender to the Marshal Office of the EDNY by 12:00 noon on May 29, 2012. See judgement for Special Conditions