SALUTI LAW GROUP
50 PARK PLACE, SUITE 1001
NEWARK, NJ 07102-4300
www.salutilawgroup.com
TELEPHONE: 973-792-1999
FACSIMILE: 973-792-0999
ATTORNEYS FOR JOSEPH CAPONEGRO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| RESPONDENT-RESPONDENT | : | DCK #10-CR-166-01 |
| | : | |
| v. | : | NOTICE OF APPEAL |
| | : | |
| JOSEPH CAPONEGRO, | : | |
| DEFENDANT-MOVANT | : | |

TO: HON. CAROL B. AMON, USDJ
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

JACQUELYN KASULIS, AUSA
OFFICE OF THE UNITED STATES ATTORNEY
271 CADMAN PLAZA EAST
BROOKLYN NY 11201
ATTORNEY FOR: UNITED STATES OF AMERICA

**PLEASE** take Notice, I, GERALD M. SALUTI, ESQ., seek to appeal the sentence for JOSEPH CAPONEGRO.

I rely upon the enclosed Certification in support thereof.

Dated: 03/12/2012

Gerald M. Saluti, Esq.

1

## CERTIFICATION IN SUPPORT NOTICE OF MOTION

I, Gerald M. Saluti, Esq., swear and subscribe to the foregoing statements:

1. I am the attorney for the afore captioned defendant;
2. I have been appointed counsel for the afore captioned for an appeal of sentence;
3. I have at all times diligently and to the best of my ability attempted to submit all submissions timely;
4. Today, I filed a Notice of Motion seeking to have the defendant's sentence dismissed; and
5. I am fully cognizant of all of the issues that need to be presented to the Court for the defendant.

## CERTIFICATION

I GERALD M. SALUTI, ESQ., swear and subscribe to the foregoing statements made. If any of the foregoing statements made are false, I am subject to the penalty of perjury.

Dated: 3/12/2012

                                                                          _____
                                                                          Gerald M. Saluti, Esq.

2