```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653042290
Cashier ID: egoddard
Transaction Date: 04/09/2012
Payer Name: SALUTI LAW GROUP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SALUTI LAW GROUP
 Case/Party: D-NYE-1-10-CR-000166-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1562
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

APPEAL PYMT FOR JOSEPH CAPONEGRO
SR.
```