UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 7/9/12          TIME:   3:16-3:25

CRIMINAL CAUSE FOR:   O/A (Bail pending Appeal)

DOCKET #: CR10-00166

DEFENDANT:   Joseph Caponegro, Sr.          ATTORNEY: Jennifer Bonjean, Esq.
                                                           Gerald Saluti, Esq.

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

ASSISTANT U.S. ATTORNEY: Taryn Merkl

COURT REPORTER: Lisa Schmid

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                          DEPUTY: V. Holley

Dft's appearance waived.
O/A heard.
Dft's application for bail pending appeal denied.